UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-23215-AMC

MSP RECOVERY CLAIMS, SERIES LLC, a
Delaware entity,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Plaintiff and Defendant hereby notify the Court that the parties have reached an agreement to settle all claims in this matter. The parties intend to file a stipulation of dismissal under Rule 41, Federal Rules of Civil Procedure, and request 60 days in which to file such a stipulation. The parties further request that the Court stay all pending deadlines during this 60-day period.

Dated: November 30, 2022                    Respectfully Submitted:

*/s/ Francesco A. Zincone*                  */s/ Benjamine Reid*
Francesco Zincone (FBN 100096)              Benjamine Reid (FBN 183522)
Eduardo E. Bertran (FBN 94087)              CARLTON FIELDS, P.A.
ARMAS BERTRAN ZINCONE                       2 MiamiCentral
4960 S.W. 72nd Avenue                       700 NW 1st Avenue, Suite 1200
Miami, FL 33155                             Miami, FL 33136-4118
Telephone: (305) 461-5100                   Telephone: (305) 530-0050
fzincone@armaslaw.com                       Facsimile: (305) 530-0055
ebertran@armaslaw.com                       breid@carltonfields.com
                                            djester@carltonfields.com
*/s/ Gino Moreno*                           miaecf@cfdom.net
Michael O. Mena (FBN 10664)
Gino Moreno (FBN 112099)                    D. Matthew Allen (FBN 866326)
MSP RECOVERY LAW FIRM                       CARLTON FIELDS, P.A.
2701 S. Le Jeune Road, 10th Floor           Corporate Center Three at
Coral Gables, FL 33134                      International Plaza
Telephone: (305) 614-2222                   4221 W. Boy Scout Blvd., Suite 1000
mmena@msprecoverylawfirm.com                Tampa, FL 33607

| | |
|---|---|
| gmoreno@msprecoverylawfirm.com<br>*Attorneys for Plaintiffs* | Telephone: (813) 223-7000<br>Facsimile: (813) 229-4133<br>mallen@carltonfields.com<br>bwoolard@carltonfields.com<br>*Attorneys for Defendant Publix Super Markets, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

/s/ *Benjamine Reid*
Attorney